# Exhibit A

ELEVENTH JUDICIAL DISTRICT
CIRCUIT COURT OF MCLEAN COUNTY, ILLINOIS

FILED
7/15/2024 4:19 PM
DONALD R. EVERHART, JR.
CLERK OF THE CIRCUIT COURT
MCLEAN COUNTY, ILLINOIS

**Nashon Young**
Petitioner                                )
                                          )
                                          )   Case No. 2024LA000101
                                          )
**Rivian Automotive**                     )   FIRST CASE MANAGEMENT CONFERENCE
Respondent                                )   BEFORE JUDGE   Fellheimer
                                              SET ON   December 3, 2024 9:30 a.m.

## PETITION FOR DEFAMATION, WRONGFUL TERMINATION

Now comes Nashon Young, Petitioner, hereby petitioning this court for compensation in wages/counseling. In support of this petition, Petitioner states as follows:

1. Being wrongfully terminated in the month of May, 2023 due to being accused of making a drug deal on their property...w/no evidence leading to the assumption of my accusation.

2. I was also terminated through text message saying that I was escorted by security after I made the drug deal. (I also have that screenshot). It must be noted that security never approached me at all that day.

3. Labeled a "gang banging drug dealer who doesn't deserve anything" by supervisor (these words were spoken in person to me).

4. Destroyed my character. Permanently labeled me a guy who sells drugs at work by any employer who looks up my work record.

5. This situation caused me homelessness, large amounts of stress, divorce, etc. I am also still living with this financial burden.

Wherefore, Nashon Young, Petitioner, requests that:

1. I'm payed $250,000 for my pain and suffering.

2. Drug deal expunged off my work record.

3. Wages payed for the amount of money I would have made from then until now ($90,000).

4. Marriage counseling sessions

   $15,000 for borrowed wages.

5. Camera footage of me making a drug deal shown to me. Also of me being escorted

6. off the property by security shown to me.

**Under penalties as provided by the law pursuant to Section 5/1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she/he verily believes the same to be true.**

| 07/02/2024 | /s/Nashon Young |
|---|---|
| DATE | SIGNATURE |